JANUARY 11, 1980

No. A–600 (79–5919). TRIMBLE v. CONLEY, JUDGE, ET AL. Sup. Ct. Mo. Application for stay, addressed to THE CHIEF JUSTICE, and by him referred to the Court, denied.

JANUARY 14, 1980

No. 78–1422. RETIREMENT FUND TRUST OF THE PLUMBING, HEATING & PIPING INDUSTRY OF SOUTHERN CALIFORNIA v. JOHNS. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1881. CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA v. CAMPA ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 79–136. DIAMOND, COMMISSIONER OF PATENTS AND TRADEMARKS v. CHAKRABARTY. C. C. P. A. [Certiorari granted *sub nom. Parker* v. *Bergy* and *Parker* v. *Chakrabarty, ante,* p. 924.] Judgment as to *In re Bergy et al.* vacated and case remanded with directions to dismiss the appeal as moot. Motion of Cornell D. Cornish for leave to file a brief as *amicus curiae* granted.